IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MANUEL ECHEVARRIA | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv116 |
| WARDEN, FCI BEAUMONT LOW | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Petitioner Manuel Echevarria, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the respondent be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to petitioner at his last known address. *See* FED. R. CIV. P. 5(B)(2)(C). No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (doc. no. 7) is **ADOPTED** as the opinion of the Court. The motion to dismiss (doc. no. 6) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 12th day of April, 2021.**

Michael J. Truncale
United States District Judge